DISTRICT OF OREGON
**FILED**
September 02, 2025
Clerk, U.S. Bankruptcy Court

Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Ahmed Mohamed Abou-Jamous,**<br>　　　　　　　Debtors. | Case No. 25-31790-pcm7<br>**STIPULATED ORDER EXTENDING DEADLINE TO FILE A COMPLAINT UNDER 11 U.S.C. §§ 523 AND 727 UNTIL AND INCLUDING SEPTEMBER 26, 2025** |

　　　　Creditor Samir Azer (herein, "**Azer**") and debtor Ahmed Mohamed Abou-Jamous (the "**Debtor**") stipulate as follows:

　　　　1.　　The current deadline to file a complaint objecting to Debtor's discharge under 11 U.S.C. § 727 and to a debt's nondischargeability under 11 U.S.C. § 523 is August 29, 2025.

　　　　2.　　The Debtor and Azer are actively in negotiations as to the dischargeability of Azer's claim under 11 U.S.C. § 523, necessitating this extension.

　　　　3.　　To allow for additional time for Azer and the Debtor to continue to investigate discuss resolution of pending issues related to Azer's claim, the parties hereby stipulate to an extension of time to file a complaint against the Debtor under 11 U.S.C. §§ 523 or 727 until and

//

**Page 1 of 2** –　STIPULATED ORDER EXTENDING DEADLINE TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 UNTIL AND INCLUDING SEPTEMBER 26 2025

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

including Friday, September 26, 2025.

THEREFORE, based upon the stipulations and certifications of the parties above, it is hereby ORDERED that, pursuant to Fed. R. Bankr. P. 4004 and 9006:

1. The deadline by which Azer must file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 or to a debt's nondischargeability under 11 U.S.C. § 523 is extended through and including Friday, September 26, 2025.

# # #

SO STIPULATED:

| TABOR LAW GROUP | ELEVATE LAW GROUP |
|---|---|
| By: /s/ Zoë F. Habekost | By: /s/ Nick Henderson |
| Zoë F. Habekost, OSB No. 224124 | Nick Henderson, OSB 074027 |
| Counsel for Samir Azer, Creditor. | Counsel for Ahmed Mohamed Abou-Jamous, Debtor. |

LBR 9021-1(a) Certification: Pursuant to LBR 9021-(a)(1)(B), based on the stipulations above, this order has been lodged without further circulation.

Presented by:

TABOR LAW GROUP

By: /s/ Zoë F. Habekost
    Zoë F. Habekost, OSB No. 224124
        Direct: 971.634.0193
        Email: zhabekost@pdx-law.com
Counsel for Samir Azer, Creditor

cc: CM/ECF Recipients

Page 2 of 2 –   STIPULATED ORDER EXTENDING DEADLINE TO FILE A COMPLAINT UNDER 11 U.S.C. § 727 UNTIL AND INCLUDING SEPTEMBER 26 2025

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com