**Zoë F. Habekost**, OSB 224124
    Phone: 971.634.0193
    Email: zhabekost@pdx-law.com
**TABOR LAW GROUP**
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
Fax: 971.634.0250

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Ahmed Mohamed Abou-Jamous,**<br><br>                      Debtor. | Case No. 25-31790-pcm7<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER** |

### **LBR 9013-1(b)(2) Notice of Motion**

Notice. If you oppose the relief sought in this motion, you must file a written objection with the bankruptcy court no later than 14 days after the date listed in the certificate of service below. If you do not file an objection, the court may grant the motion without further notice. Your objection must set forth the specific grounds for objection and your relation to the case. The objection must be received by the clerk of court at 1050 SW 6th Ave #700, Portland, OR 97204 by the deadline specified above.

The undersigned counsel, having previously filed a stipulated order on behalf of creditor Samir Azer, and thus being deemed Mr. Azer's counsel of record pursuant to LBR 9010-1(b)(1), hereby moves for entry of an Order allowing counsel to withdraw from representation of Mr. Azer and relieving her of further responsibility for such representation. In support of its motion, counsel states as following, as supported by the declaration of Zoë F. Habekost, attached hereto:

    1.    Irreconcilable differences have arisen between Counsel and Azer that make continued representation impossible. Professional considerations necessitate counsel's withdrawal.

    2.    Counsel has completed the negotiation of a stipulated extension to the deadline to object to discharge on behalf of Azer (*see* ECF No. 34), which was the

**Page 1 of 2 – MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER**

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

scope of its engagement. No further engaged work remains outstanding, nor are there any ongoing communications.

      3.     Counsel has informed Mr. Azer that counsel no longer represents him and has informed him of this motion.

      4.     In light of the trustee's recent designation of this case as an asset case (ECF No. 42), counsel has provided Mr. Azer with a copy of Official Form 410 and advised him of the claims bar date.

      5.     Azer's last known contact information is: P.O. Box 2331, Frisco, TX 75034. His email address is: samirazer@hotmail.com and his phone number is: (503) 750-9092.

      WHEREFORE, the undersigned respectfully requests that this Court enter an order, in the form attached hereto as **Exhibit A**, allowing her to withdraw as counsel for creditor Samir Azer.

Dated: October 13, 2025

TABOR LAW GROUP

By: */s/Zoë F. Habekost*
    Zoë F. Habekost, OSB 224124
    Direct: 971.634.0193
    Email: zhabekost@pdx-law.com

Page 2 of 2 – MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

**Zoë F. Habekost**, OSB 224124
   Phone:  971.634.0193
   Email:  zhabekost@pdx-law.com
**TABOR LAW GROUP**
4110 SE Hawthorne Blvd., PMB 506
Portland, Oregon 97214
Fax:  971.634.0250

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>**Ahmed Mohamed Abou-Jamous,**<br><br>                         Debtor. | Case No. 25-31790-pcm7<br><br>**DECLARATION OF ZOË F. HABEKOST IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER** |

I, Zoë F. Habekost, declare as follows in support of the Motion to Withdraw as Counsel for creditor Samir Azer:

1.     I am over the age of 18. If called to testify, I can and would state as follows.

2.     I am an attorney with Tabor Law Group, and I represented Mr. Azer in connection with the negotiation of a stipulated extension of the deadline to object to discharge (*see* ECF No. 34).

3.     Irreconcilable differences have arisen between our law firm and Mr. Azer that make continued representation impossible. Professional considerations necessitate withdrawal of representation.

4.     Mr. Azer has been informed in writing that Tabor Law Group no longer represents him.

5.     Further, in terms of appearing in the above-captioned bankruptcy case, the scope of the engagement with Mr. Azer was limited only to an extension of the deadline to object to discharge, and nothing further. That representation was complete under its terms upon entry of the order at ECF No. 34 and no new attorney-client relationship has been formed since that time.

**Page 1 of 2 – DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER**

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

6.	I am preparing this motion and declaration pursuant to Local Bankruptcy Rule 9010-1(f)(1).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 13, 2025

                                                TABOR LAW GROUP

                                      By: */s/Zoë F. Habekost*
                                          Zoë F. Habekost, OSB 224124
                                             Direct: 971.634.0193
                                             Email: zhabekost@pdx-law.com

**Page 1 of 2 – DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER**

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br>**Ahmed Mohamed Abou-Jamous,**<br>　　　　　　　　Debtor. | Case No. 25-31790-pcm7<br>**[PROPOSED]**<br>**ORDER ALLOWING WITHDRAWAL AS COUNSEL** |

This matter came before the Court pursuant to the Motion to Withdraw as Counsel for Creditor Samir Azer (ECF No. _, the "**Motion**").

The court, having considered the Motion, and good cause appearing therefor, , it is hereby ORDERED that:

　　　1. The Motion is GRANTED, and Zoë F. Habekost is relieved of any further responsibility as counsel to Mr. Azer with respect to this action; and

　　　2. All future pleadings and correspondence to Creditor Samir Azer shall be sent to his last known address at P.O. Box 2331, Frisco, TX 75034.

# # #

//

**Page 1 of 2 – [PROPOSED] ORDER ALLOWING TABOR LAW GROUP TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER**

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

Presented by:

**TABOR LAW GROUP**

By: /s/   UNSIGNED DRAFT
    Zoë F. Habekost, OSB 224124
      Direct:  971.634.0193   /
      Email: zhabekost@pdx-law.com

## LBR 9021-1 CERTIFICATION

Entry of this order is appropriate pursuant to LBR 9021-1(a)(2)(A).

**Page 2 of 2 – [PROPOSED] ORDER ALLOWING TABOR LAW GROUP TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER**

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com

EXHIBIT A
2 of 2

## CERTIFICATE OF SERVICE

I certify that on the date below, I caused notice of the filing of this **MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER, DECLARATION OF ZOE F. HABEKOST IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER**, and **[PROPOSED] ORDER ALLOWING TABOR LAW GROUP TO WITHDRAW AS COUNSEL FOR CREDITOR SAMIR AZER** to be served on interested parties requesting notice through the Court's CM/ECF system, and via first-class mail on the following:

Samir Azer
P.O. Box 2331
Frisco, TX 75034

Dated: October 13, 2025

TABOR LAW GROUP

By: */s/ Zoë F. Habekost*
Zoë F. Habekost, OSB 224124
Direct: 971.634.0193
Email: zhabekost@pdx-law.com

Page 1 of 1 – CERTIFICATE OF SERVICE

TABOR LAW GROUP
4110 SE Hawthorne Blvd. PMB #506
Portland, Oregon 97214
taborlawpdx.com